**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Middle__ District of __Florida__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Landmark Hospital of Joplin, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   20-4099493

4. **Debtor's address**

   **Principal place of business**

   222 Litcheford Court
   Number    Street

   _____

   St. Louis    MO    63141
   City    State    ZIP Code

   St. Louis
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**   https://www.landmarkhospitals.com/

Debtor  **Landmark Hospital of Joplin, LLC**                     Case number (*if known*)_____
          <sub>Name</sub>

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>6  2  1  1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                       MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                       MM / DD / YYYY |

Debtor   Landmark Hospital of Joplin, LLC                               Case number (*if known*)_____
         Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No  ■ Yes.  Debtor  See Attached.                                 Relationship _____ <br> District _____  When _____ <br>                                                                 MM / DD / YYYY <br> Case number, if known _____ |
|---|---|---|

List all cases. If more than 1, attach a separate list.

| 11. | **Why is the case filed in *this district*?** | Check all that apply: <br> ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                                   Number   Street <br> _____ <br> _____  _____  _____ <br> City                              State  ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |
|---|---|---|

|  | **Statistical and administrative information** |  |
|---|---|---|

| 13. | **Debtor's estimation of available funds** | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000 <br> ☐ 50-99           ☐ 5,001-10,000        ☐ 50,001-100,000 <br> ☐ 100-199         ☐ 10,001-25,000       ☐ More than 100,000 <br> ■ 200-999 |
|---|---|---|

Debtor  Landmark Hospital of Joplin, LLC                         Case number (if known)_____
        Name

15. **Estimated assets**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☒ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☒ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/09/2025
                 MM / DD / YYYY

    ✗ /s/ Bryan Day                                    Bryan Day
    Signature of authorized representative of debtor   Printed name

    Title  CEO

18. **Signature of attorney**

    ✗ /s/ Jamie Z. Isani                    Date  03/09/2025
    Signature of attorney for debtor              MM / DD / YYYY

    Jamie Z. Isani
    Printed name
    Hunton Andrews Kurth LLP
    Firm name
    333 SE 2nd Avenue, Suite 2400
    Number       Street
    Miami                                   Florida       33131
    City                                    State         ZIP Code

    305-536-2724                            jisani@huntonAK.com
    Contact phone                           Email address

    728861                                  Florida
    Bar number                              State

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| In re: | Chapter 11 |
|---|---|
| Landmark Hospital of Joplin, LLC, | Case No. 25-_____(___) |
| Debtor. | (Joint Administration Requested) |

**LIST OF AFFILIATES FILING BANKRUPTCY**

| Debtor | District | Relationship |
|---|---|---|
| Landmark Holdings of Florida, LLC | Middle District Florida | Parent |
| Landmark Management Services of Florida, LLC | Middle District Florida | Affiliate |
| Landmark Hospital of Cape Girardeau, LLC | Middle District Florida | Affiliate |
| Landmark Rehabilitation Hospital of Columbia, LLC | Middle District Florida | Affiliate |
| Landmark Hospital of Columbia, LLC | Middle District Florida | Affiliate |
| Landmark Hospital of Savannah, LLC | Middle District Florida | Affiliate |
| Landmark Hospital of Athens, LLC | Middle District Florida | Affiliate |

**Fill in this information to identify the case:**

Debtor name: Landmark Hospital of Joplin, LLC
United States Bankruptcy Court for the: Middle District of Florida (State)
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ventas, Inc. 300 North LaSalle Street, Suite 1600 Chicago, IL 60654 | Ventas, Inc. (877) 483-6827 bod@ventasreit.com | | | | | $13,000,000.00 |
| 2 | Centers for Medicare & Medicaid Services PO Box 8788 Madison, WI 53708 | Wisconsin Physicians Service Reimbursement (877) 267-2323 mcare@cms.hhs.gov | | | | | $6,451,316.00 |
| 3 | J&R Fuller, LLC 713 Fourth Street Blanco, TX 78606 | LaVon Atkinson, Accounting Manager; (210) 745-4000 latkinson@pharmacareservices.com | | | | | $3,266,132.00 |
| 4 | GA Dept. of Comm. Health 2 Peachtree ST. NW Atlanta, GA 30303 | DIV of FIN. MGT. msimon@dch.ga.gov | | | | | $1,197,993.00 |
| 5 | Medline Industries, INC Three Lakes Drive Northfield, IL 60093 | Ryan Kaufman (847) 949-5500 rkaufman@medline.com | | | | | $675,427.00 |
| 6 | Connected Health Care, LLC 1408 E 13th St Austin, TX 78702 | Jane Rickman (512) 887-3999 jane@connectedhc.com | | | | | $405,050.00 |
| 7 | TFG Billing LLC 19614 S Muirfield Circle Baton Rouge, LA 70810 | Michael Freeman (225)310-2510 mfreeman@tfgconsulting.com | | | | | $387,894.00 |
| 8 | Upright Healthcare Workforce 2330 Scenic Hwy S Ste 652 Snellville, GA 30078 | Venel Pierre Louis (844) 669-0444 venel@uprightstaff.com | | | | | $379,317.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Landmark Hospital of Joplin, LLC
_____
Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Food Management Group INC<br>70 JESSE DUPONT HWY<br>BURGESS, VA  22432 | Brenda Pope<br>(404) 386-9411<br>brendap@fmg.com | | | | | $377,928.00 |
| 10 | LRS Healthcare LLC<br>120 N. 103rd Plaza<br>Omaha, NE  68114 | (402) 896-4562<br>invoicing@LRSHealthcare.com | | | | | $265,236.00 |
| 11 | M & Z Telemedicine<br>4403 SILVER VALLEY D<br>COLUMBIA, MO  65203 | TAREQ ABU-SALAH<br>Tabu_salah@hotmail.com | | | | | $250,379.00 |
| 12 | Jackson Nurse Professionals<br>3452 Lake Lynda Drive<br>Orlando, FL  32817 | (888) 300-5132<br>JNPBilling@jacksonnursing.com | | | | | $226,357.00 |
| 13 | PROLINK HEALTHCARE, LLC<br>4600 MONTGOMERY RD<br>SUITE 300<br>Cincinnati, OH  45212 | DONNA MASON<br>(513) 530-1895<br>DMASON@PROLINKSTAFF.COM | | | | | $216,787.00 |
| 14 | Marvel Medical Staffing, LLC<br>9394 West Dodge Road, Suite 300<br>Omaha, NE  68114 | 323-977-4437<br>Info@marvelmedstaff.com | | | | | $209,295.00 |
| 15 | KCI USA INC<br>PO BOX 301557<br>Dallas, TX  75303-1557 | Joshua Mendoza<br>(972) 957-3016<br>jmendoza@solventum.com | | | | | $198,532.00 |
| 16 | Outset Medical, Inc<br>3052 Orchard Dr<br>San Jose, CA  95134 | Elizabeth Gill<br>(669) 231-8200<br>egill@outsetmedical.com | | | | | $197,179.00 |
| 17 | Freeman Health System<br>P.O. BOX 4769<br>1102 W 32ND ST<br>Joplin, MO  64803 | Michael Sanders<br>(417) 347-1111<br>mbsanders@freemanhealth.com | | | | | $190,664.00 |
| 18 | Genie Healthcare, Inc<br>50 Millstone Road, Building 100<br>Suite 100<br>East Windsor, NJ  08520 | (855) 888-7333<br>info@geniehealthcare.com | | | | | $180,474.00 |
| 19 | Curators of the University of Missouri System<br>PO BOX 802728<br>Kansas City, MO  64180-2728 | (573)-882-2388<br>boardofcurators@umsystem.edu | | | | | $174,501.00 |
| 20 | Advantis Medical Staffing LLC<br>20 Sunnyside Ave STE E<br>Mill Valley, CA  94941 | (469) 447-9135<br>amedar@advantismed.com | | | | | $168,957.00 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Hospital of Joplin, LLC, | Case No. 25-_____(___) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | 70% |
| Mercy Health Services Corp. | 2727 McClelland Blvd, Joplin, MO 64804 | 13% |
| FHS Holdings, LLC | 1102 West 32nd Street, Joplin, MO 64804 | 13% |
| Dr. Margaret E. Nichols | 2122 East 47th Street, Joplin, MO 64804 | 1% |
| Dr. Peter Wenig | 3713 Nottinghill Drive, Joplin, MO 64804 | 1% |
| James C. Eaton Revocable Trust U/A/D July 27, 2012 | 9407 N.E. Lawton Road, Weir, KS 66781 | 1% |
| Dr. Bryan D. Barnes | 1101 Carrington Terrace, Joplin, MO 64804 | 1% |

**Fill in this information to identify the case and this filing:**

Debtor Name: Landmark Hospital of Joplin, LLC

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/09/2025
MM / DD / YYYY

✗ /s/ Bryan Day
Signature of individual signing on behalf of debtor

Bryan Day
Printed name

CEO
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors